NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LAGUNA HERMOSA CORPORATION, (DOING BUSINESS AS RANCHO MONTICELLO RESORT),**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5062

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-281, Judge Lynn J. Bush.

---

## ON MOTION

---

Before NEWMAN, *Circuit Judge.*

### ORDER

Laguna Hermosa Corporation moves without opposition to take judicial notice of transcripts from a hearing in a case from the United States Court of Federal Claims.

Judicial notice may be appropriate with respect to certain public records. However, the relevance of such materials is left to the discretion of the merits panel.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

JUL 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas C. Nagle, Esq.
    Stacey M. Bosshardt, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 1 2011

JAN HORBALY
CLERK